UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEONEL LOPS,
    *Plaintiff,*

v.                                                     Case No. 3:22-cv-00843-JAM

YOUTUBE and SUSAN WOJCICKI,
    *Defendants.*

## JUDGMENT

This matter came for consideration before the Honorable Jeffrey A. Meyer, United States District Judge on the defendants' motion to dismiss (Doc. #40).

Judge Jeffrey A. Meyer, having considered the full record of the case, entered an Order (Doc. #70) on March 3, 2023, granting the defendants' motion to dismiss. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendants Youtube and Susan Wojcicki against plaintiff Leonel Lops in accordance with the Court's order and the case is closed.

Dated at New Haven, Connecticut, this 6th day of March 2023.

                                                                               DINAH MILTON KINNEY, Clerk

                                                                               By /s/ Donna Barry, Deputy Clerk

EOD: 03/06/2023